**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Ezgi Cetinler<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3514<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 7   5/28/19 |
| Case number: | 19–20693–VFP | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Ezgi Cetinler | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 201 Oakdene Place<br>Apt A1<br>Cliffside Park, NJ 07010 | |
| 4. | **Debtor's attorney**<br>Name and address | Moshie Solomon<br>Law Offices of Moshie Solomon, P.C.<br>One University Plaza,<br>Suite 412<br>Hackensack, NJ 07601 | Contact phone 201–705–1470 |
| 5. | **Bankruptcy trustee**<br>Name and address | Eric Raymond Perkins<br>Eric R. Perkins, Chapter 7 Trustee<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039 | Contact phone 973–422–1100 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 973–645–4764<br><br>Date: 5/29/19 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 8, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/6/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                  Case No. 19-20693-VFP
Ezgi Cetinler                                                           Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: May 29, 2019
                              Form ID: 309A                Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             +Ezgi Cetinler,    201 Oakdene Place,    Apt A1,    Cliffside Park, NJ 07010-2258
518269128      +American Web Loan,    3910 W. 6th Avenue,    Box   277,    Stillwater, OK 74074-1745
518269130      +Barclays/ Uber,    Card Services,    P.O. Box 8801,    Wilmington, DE 19899-8801
518269135       Capital One/ Neiman Marcus,    PO Box 729080,    Dallas, TX 75372-9080
518269136      +Capital One/Saks Fifth Avenue,    3455 Hwy 80 West,    Jackson, MS 39209-7202
518269138      +Chase,    National Legal Processing,    451 Florida Street, 3rd Floor,
                 Baton Rouge, LA 70801-1724
518269139      +Citi/ Expedia,    Box 6062,   Sioux Falls, SD 57117-6062
518269141      +Citigroup,    388 Greenwich Street,    New York, NY 10013-2375
518269142      +Cliffside Park Dental Group PA,    Attn: Sedehi Ahmad DDS,    527 Anderson Ave.,
                 Cliffside Park, NJ 07010-1621
518269146      +Cross River Bank,    885 Teaneck Road,    Teaneck, NJ 07666-4505
518269147      +DSNB/ Macy’s,    c/o Credit Control LLC,    8001 Woodland Ctr. Blvd., Ste. 200,
                 Tampa, FL 33614-2434
518269148      +Englewood Hospital,    350 Engle St.,    Englewood, NJ 07631-1898
518269149       Genesis FS Card Services/ Indigo,    PO Box 4499,    Beaverton, OR 97076-4499
518269151       Marcus by Goldman Sachs,    Goldman Sachs Bank USA,    PO Box 45400,
                 Salt Lake City, UT 84145-0400
518269153       Nissan Motor Acceptance Corp,    NMAC Bankruptcy Department,    PO BOX 660366,
                 Dallas, TX 75266-0366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: msolomon@moshiesolomonlaw.com May 30 2019 00:21:32     Moshie Solomon,
                 Law Offices of Moshie Solomon, P.C.,    One University Plaza,,    Suite 412,
                 Hackensack, NJ   07601
tr             +EDI: BERPERKINS.COM May 30 2019 03:48:00      Eric Raymond Perkins,
                 Eric R. Perkins, Chapter 7 Trustee,    354 Eisenhower Parkway,    Suite 1500,
                 Livingston, NJ 07039-1023
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 00:23:01     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 00:22:56     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518269129      +EDI: TSYS2.COM May 30 2019 03:43:00      Barclays Bank Delaware,    125 South West Street,
                 Wilmington, DE 19801-5014
518269131      +EDI: TSYS2.COM May 30 2019 03:43:00      Bloomingdales,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
518269140       EDI: CITICORP.COM May 30 2019 03:43:00      Citibank/CCSI,    Bankruptcy Dept.,
                 7930 NW 110th St.,    POB 20487,    Kansas City, MO 64195-9904
518269132       EDI: CAPITALONE.COM May 30 2019 03:43:00      Capital One,    Attn: General Correspondence,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
518269133       EDI: CAPITALONE.COM May 30 2019 03:43:00      Capital One Bank,    Attn: General Correspondence,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
518269134       EDI: CAPITALONE.COM May 30 2019 03:43:00      Capital One/ Dressbarn,    PO Box 30258,
                 Salt Lake City, UT 84130-0258
518269137       EDI: CHASE.COM May 30 2019 03:48:00      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
518269143      +E-mail/Text: bk@coastprofessional.com May 30 2019 00:22:55     Coast Professional, Inc.,
                 PO Box 2876,    West Monroe, LA 71294-2876
518269144       EDI: WFNNB.COM May 30 2019 03:43:00      Commenity Bank/ Express,    Bankruptcy Dept.,
                 PO Box 182125,    Columbus, OH 43218-2125
518269145      +EDI: RCSFNBMARIN.COM May 30 2019 03:43:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
518269150      +EDI: TSYS2.COM May 30 2019 03:43:00      Macys,   Credit and Consumer Services,
                 9111 Duke Boulevard,    Mason, OH 45040-8999
518269152      +E-mail/Text: kurucn@mail.montclair.edu May 30 2019 00:23:25     Montclair State University,
                 1 Normal Avenue,    Montclair, NJ 07043-1699
518269154      +E-mail/Text: bnc@nordstrom.com May 30 2019 00:22:04     Nordstrom,    PO Box 6555,
                 Englewood, CO 80155-6555
518269155      +E-mail/Text: bnc@nordstrom.com May 30 2019 00:22:04     Nordstrom Bank FSB,
                 Recovery/Bankruptcy Dept,    PO Box 6566,    Englewood, CO 80155-6566
518269156       EDI: SALLIEMAEBANK.COM May 30 2019 03:48:00      Sallie Mae,    P.O. Box 3319,
                 Wilmington, DE 19804-4319
518269157       EDI: RMSC.COM May 30 2019 03:43:00      Synchrony Bank/ Amazon,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: May 29, 2019
                              Form ID: 309A            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```